FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT GRANDIN, | ) CASE NO. CV 10-844-JAK (PJW) |
|---|---|
| Plaintiffs, | ) |
| v. | ) ORDER ADOPTING FINAL REPORT AND |
| | ) RECOMMENDATION OF UNITED STATES |
| MICHAEL J. ASTRUE, | ) MAGISTRATE JUDGE |
| COMMISSIONER OF THE | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED: May 22, 2012.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Soc Sec\GRANDIN, R 844\Order adop r&r.wpd