FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRANDIN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. CV 10-844-JAK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

DATED: May 22, 2012.

*/s/ John A. Kronstadt*
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Soc Sec\GRANDIN, R 844\Judgment.wpd